AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

AUG 6 2024 PM4:28
FILED - USDC - BPT - CT

JESSE ANDRE
*Petitioner*

v.                                Case No. _____
                                  *(Supplied by Clerk of Court)*

WARDEN, FCI DANBURY
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## EMERGENCY PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: **JESSE ANDRE**
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: **FCI DANBURY**
   (b) Address: **ROUTE 37**
   **DANBURY, CT 06811**
   (c) Your identification number: **98835-004**

3. Are you currently being held on orders by:
   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: **UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA**
      (b) Docket number of criminal case: **13-cr-20110**
      (c) Date of sentencing: **04/29/2014**
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: Whether the BOP's Refusal to Place the Petitioner for 12 months in an RRC under the the Second Chance Act Based on the deportable alien PSF violates 18 U.S.C. §§ 3624(c) and 3621(b).

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Warden - FCI Danbury - Mr. Stover

   (b) Docket number, case number, or opinion number: NA

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   The refusal to place petitioner in a RRC under the Second Chance Act based on a PSF of deportable alien and failure to give fair consideration under the permitted factors under 3621(b) and 18 U.S.C. 3624(c)

   (d) Date of the decision or action: 05/15/2024

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Warden - FCI Danburg

   (2) Date of filing: 05/18/2024

   (3) Docket number, case number, or opinion number: 

   (4) Result: Rejection, Non Response

   (5) Date of result: 06/18/2024

   (6) Issues raised: The refusal to place a prisoner in an RRC under the Second Chance Act based on a public safety factor of deportable alien violates the Second Chance Act.

Page 3 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

     (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes      ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: The Warden's staff obstructed, delayed and made the remedy process unavailable as a result of its prolonged delays and resulting irreparable harm

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes      ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: Cannot proceed without a response from the Warden which staff have delayed and prolonged without good cause

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?
   ☐ Yes    ☑ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
   ☐ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
   ☐ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes      ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes      ☐ No
    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes      ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☑ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Whether the BOP's Refusal to Place the Petitioner for 12 months in an RRC under the Second Chance Act Based on the deportable alien PSF violates 18 U.S.C. §§ 3624(c) and 3621(b)

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Accompanying Memorandum (attached and incorporated herein as if fully stated) including attached exibits and affidavits.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do:  (1) grant this writ, (2) issue an order directing the Respondent to give Petitioner fair consideration, which would result in immediate placement in an RRC given that the PSF at issue was the only basis for the denial of fair consideration; (3) any other equitable relief the court deems just and proper.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 07/25/2024

Signature of Petitioner

Signature of Attorney or other authorized person, if any