July 25, 2024

Jesse Andre, #98835-004
FCI Danbury
Route 37
Danbury, CT 06811

U.S. District Court - District of Connecticut
Office of the Clerk
915 Lafayette Blvd,
Bridgeport, CT 06604

**Re:** Filing of Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241

Dear Clerk of the Court,

I am writing to submit the attached Emergency Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on my behalf. Enclosed, please find the following documents for filing:

1. A Proposed Order for Granting the Writ of Habeas Corpus

2. A Money order for $5.00

3. Emergency Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241: This document outlines the legal and factual basis for Mr. Andre's relief request with an accompanying memorandum of law.

4. Exhibit 'A' – Affidavit of Jesse Andre: This affidavit supports the factual assertions made in the petition.

5. Exhibit 'B' – Response to Administrative Remedy (BP-8): This document includes the response to Mr. Andre's administrative remedy request.

6. Exhibit 'C' – Administrative Remedy Filings: These filings provide evidence of Mr. Andre's attempts to exhaust administrative remedies.

7. 2 additional copies of the Emergency Petition for the Writ, along with the accompanying memorandum of law and exhibits.

1

Mr. Andre is currently incarcerated at FCI Danbury, and his projected release date is May 15, 2025. The petition seeks immediate judicial intervention due to the Bureau of Prisons' refusal to place Mr. Andre in a Residential Reentry Center for up to 12 months as mandated by the Second Chance Act, 18 U.S.C. § 3624(c). The petition argues that this refusal is based on an impermissible Public Safety Factor and that immediate relief is necessary to prevent imminent irreparable harm to Mr. Andre.

Given the urgent nature of this petition, I respectfully request expedited consideration and processing. Accordingly, I bring the Clerk's attention to 28 U.S.C. § 2243, which states in the relevant part:

> ***The writ, or order to show cause shall*** *be directed to the person having custody of the person detained. It shall be **returned within three days unless for good cause additional time, not exceeding twenty days, is allowed***

Thus, the writ should be granted, or an order to show cause should be issued immediately. The return date of such an order should be three days or a maximum of twenty days.

Should you require any additional information or documentation, please do not hesitate to contact me at the address above.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Enclosures:
Money Order
Proposed Order
Emergency Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241
Exhibit 'A' – Affidavit of Jesse Andre
Exhibit 'B' – Response to Administrative Remedy (BP-8)
Exhibit 'C' – Administrative Remedy Filings
2-Extra copies Petition with accompany exhibits and memorandum of law.