

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**



X-RAY SCREEN COMPLETED


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 1 FLAT-RATE ENVELOPE
Commercial
062S0011446197
16258185
FROM 06811
stamps endicia
08/03/2024

**USPS PRIORITY MAIL ®**

Jesse Andre, #98835-104
FCI Danbury
33 1/2 Pembroke Rd
Danbury CT 06811-2954

SHIP TO:
Clerk, U. S. District Court
District of Connecticut
915 Lafayette Blvd Ste 208
Bridgeport CT 06604-4706

USPS TRACKING #



9405 5118 9956 4507 6600 57

2241 - Jesse Andre