UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JESSE ANDRE,
                    Petitioner,
         v.                                                                                           Case
No. 24-cv-001295 (VDO)
CARYN FLOWERS   Warden FCI Danbury,
                    Respondent.

PETITIONER'S DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE (DOC. 34)

I, Jesse Andre, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.       I am the Petitioner in this case and am proceeding pro se.

2.       I have read the Court's Order to Show Cause dated July 31, 2025 (ECF No. 34), and submit this declaration in response.

3.       All filings, motions, and submissions in this case, including the motion for relief under Rule 60(b) and all related filings, have been prepared under my direction and reflect my own arguments, legal positions, and factual assertions.

4.       I received clerical assistance from a typing service in preparing and formatting the motion and related documents. This assistance was limited to typing, formatting, and checking citations at my direction. All legal arguments, assertions, and content were provided and approved by me.

5.       No attorney or legal professional has prepared, reviewed, or advised on the content of my filings. The typing service did not provide any legal advice or input beyond the mechanical act of typing my dictated or handwritten words.

6.       One of the unique realities of incarceration is being surrounded by hundreds of other individuals who regularly experience the Bureau of Prisons' failure to follow statutory mandates or honor legal rights, often with little or no effective remedy available to them. Through daily conversations and shared experiences with fellow prisoners, I have learned of numerous cases, legal arguments, and outcomes, many of which have directly informed and improved the substance of my filings in this litigation. These collective experiences underscore not only the urgency but also the widespread nature of the issues raised, and support my determination to ensure the Court is fully apprised of the practical realities and the law as applied (or not applied) by the BOP.

7.       Within the Bureau of Prisons, there are incarcerated individuals who are attorneys or former attorneys, many of whom possess a sophisticated understanding of legal issues. Occasionally, these individuals have pointed me to relevant statutes, cases, or procedural rules, or have advised me on how best to present or frame my claims so the Court can understand them. However, I do not have regular or reliable access to these individuals. All substantive decisions regarding what is filed in this case, the content of my pleadings, and the legal arguments presented, are mine alone. I mention this only to underscore that, like many pro se litigants, I have relied on the limited legal resources and informal guidance available to me within the constraints of incarceration, always striving to present my case as accurately and clearly as possible.

8.       Despite my best efforts to present the statutory questions at the heart of this case, the Court has not substantively addressed them. After waiting more than six months for a decision, I found myself in the position of needing to make additional filings to ensure these statutory issues would be placed squarely before the Court for resolution. It is not my intent to burden the Court with repetitive litigation, but rather to ensure that the record is fully developed and that my legal claims are given the consideration they require before any appeal is necessary. My filings have always aimed to facilitate a clear and fair determination of the statutory and constitutional rights at stake.

9.       I have reviewed all filings submitted under my signature, and they accurately reflect my own arguments and positions.

TRULINCS  98835004 - ANDRE, JESSE - Unit: BIG-R-D

-----------------------------------------------------------------------------------------------------------

10.      I signed each filing or applied my signature after reviewing and approving the document in its entirety. Where filings appear to contain an image of my signature, that image was provided and authorized by me, and is intended to serve as my valid and binding signature for all purposes in this litigation.

11.      It is not my intent to prolong litigation or to engage in repetitive or excessive filings. My goal has been to ensure the full record is before the Court, so that all issues and facts can be properly considered, and to afford the Court the opportunity to address these matters before any appeal is necessary.

12.      I have made a good-faith effort to comply with the Court's orders and procedural rules at all times.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August ___, 2025
at: 5-5-25

Signature:
Jesse Andre, Petitioner, pro se